JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
M.C.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., an individual, by and through his guardian ad litem, Delores Coleman,<br><br>          Plaintiff,<br><br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | CASE NO.: 3:22-cv-05776-SK<br><br>**PLAINTIFFS' PETITION FOR MINOR'S COMPROMISE FOR MINOR PLAINTIFF M.C.**<br><br>**Conference Date**: March 20, 2023<br>**Time**: 9:30 a.m.<br>**Location**: Videoconference<br><br>Hon. Magistrate Judge Sallie Kim |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on March 20, 2023 at 9:30 a.m., Plaintiffs by and through their attorneys, will move this Court, for an Order Approving a Minor's Compromise for Minor Plaintiff M.C. This motion is based on the below Minor's Compromise.

## MOTION FOR MINOR'S COMPROMISE

## Nature of Causes of Action to be Settled or Compromised

This compromise relates to an action for damages brought pursuant to Title 42 U.S.C. §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution, under California Civil Code Section § 52.1, and under the common law of California. It is alleged that these violations and torts were committed during the course and scope of the below-mentioned law enforcement officers' employment with the aforementioned government agencies and DOES 1-50.

**<u>Statement of Facts</u>**

The incident took place on March 15, 2022, at 1:00 P.M. The incident took place at Sterne School, 838 Kearny Street, San Francisco CA, 94108. San Francisco Police Department Sergeant, Parra, unlawfully detained minor M.C.

M.C. was a 13-year-old African American boy. M.C. was a student at Sterne School. On March 15, 2022, M.C. waited outside his school for his ride home. M.C.'s tutor, Jeanne Wilton, arrived at the school to pick him up. M.C. put his backpack into Wilton's car. Suddenly, Sergeant Parra yelled "get out of the car, put your hands behind your back." Parra then violently grabbed M.C. Parra held M.C.'s arms behind his back. Ms. Wilton told Parra that M.C. was 13 years old, and that he had just come from school. Sterne school counselor, Rebecca Chao, and Head of School, Melissa Meyers, then arrived at the scene. Chao and Meyers told the officer that M.C. was in class all day. However, Parra would not allow M.C. to leave. Parra claimed M.C. fit the description of a suspect. The description Parra gave included that the suspect had "black pants, a black hoody, and red shoes." Most notably, Parra did not have a detailed description noting the age, size, or complexion of the suspect. M.C. did not fit the officer's description. M.C. is a slightly built kid, weighing no more than one hundred pounds, and with a dark complexion. Additionally, M.C. had black shoes with red shoe strings, and his pants had a

large picture of micky mouse on them. Sergeant Parra knew definitively within moments that M.C. was not the suspect he was searching for. However, Parra continued to detain M.C. for approximately 20 minutes.

As a result of the incident, M.C. was humiliated by Sergeant Parra. M.C. suffered serious emotional trauma. He also missed many days of school. Further, M.C. developed significant anxiety, particularly around interacting with police. M.C. also began suffering from uncontrollable stress and crying due to Sergeant Parra's actions.

### **Minor's Compromise**

1.      Petitioner **Delores Coleman** is the Guardian ad Litem of Minor Plaintiff M████ C██████ (Hereinafter "M.C."). Minor Plaintiff M.C. was born on ██████████ 2009, and he is presently ██ years old.

2.      The parties in this case have reached settlement in this matter.  The total settlement of the case is in the amount of **$25,000.00** (twenty-five thousand dollars) including all costs and attorneys' fees.

3.      Of the total settlement, minor plaintiff M.C. shall receive a gross settlement of **$25,000.00** (twenty-five thousand dollars),

4.      Plaintiffs net settlement will exclude the following costs and fees:

      a.      Plaintiff's Attorneys will waive attorneys fee for Minor Plaintiff M.C.

      b.      M.C. shall bear the total litigation costs, which equal **$10,727.00** (ten thousand seven hundred twenty seven dollars).

      c.      Minor Plaintiff M.C. shall receive a combined total net settlement equal to the amount of **$14,273.00** (fourteen thousand five hundred ninety-eight dollars).

5.      Minor Plaintiff M.C.'s net settlement shall be placed in an FDIC insured court-blocked account, with distributions made by Court order, and as follows:

a.      Payee: Delores Coleman, as Guardian ad Litem for Minor Plaintiff M.C.:

i.      $500.00 (five hundred dollars) payable yearly on February 26, or as soon as possible thereafter, with the first payment beginning on February 26, 2023, or as soon as possible thereafter, and the last payment on February 26, 2026.

b.      Payee: M████ C████:

i.      $500.00 (five hundred dollars) payable yearly on February 26, or as soon as possible thereafter, with the first payment beginning on February 26, 2027, or as soon as possible thereafter, and the last payment on February 26, 2033.

c.      No additional withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the Minor attains the age of 25 years (████████, 2034).

d.      Payee M████ C████ (M.C.):

i.      When the Minor attains the age of 25 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all remaining moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6.      This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. and James Cook, Esq. of the Law Offices of John L. Burris also represent plaintiff and is in agreement with the terms of this Petition.  John L. Burris, Esq., Benjamin Nisenbaum, Esq., and James Cook, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

7.      Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the Minor Plaintiff, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said Minor Plaintiff will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

8.      Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said Minor Plaintiff.

Dated:  February 20, 2023            **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*

Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs

JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
M.C.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., an individual, by and through his guardian ad litem, Delores Coleman,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO.: 3:22-cv-05776-SK<br><br>**ORDER FOR MINOR'S COMPROMISE FOR MINOR PLAINTIFF M.C.** |

## [PROPOSED] ORDER

The Court hereby approves the Petition for Minor's Compromise for M.C., and orders as follows:

2.    Settlement Distribution

a.    The entire settlement in the amount of $25,000 (twenty-five thousand dollars) shall be immediately payable to Law Office of John L. Burris Client Trust Account for funding for court blocked accounts, and costs.

3.     <u>Payment of Fees and Expenses on Behalf of Minor M.C.</u>

      a.     Litigation Costs payable to the Law Offices of John L. Burrs:

$10,727.00 (ten thousand seven hundred twenty seven dollars).

4.     The structured settlement will be executed as follows: Of the total settlement, minor plaintiff M.C. shall receive a gross settlement of **$25,000** (twenty-five thousand dollars),

5.     Plaintiffs net settlement will exclude the following costs and fees:

      a.     Plaintiff's Attorneys will waive attorneys fee for Minor Plaintiff M.C.

      b.     M.C. shall bear the total litigation costs, which equal **$10,727.00** (ten thousand seven hundred twenty seven dollars).

      c.     Minor Plaintiff M.C. shall receive a total net settlement equal to the amount of **$14,273.00** (fourteen thousand five hundred ninety-eight dollars).

6.     Minor Plaintiff M.C.'s net settlement shall be placed in an FDIC insured court-blocked account, with distributions made by Court order, and as follows:

      a.     Payee: Delores Coleman, as Guardian ad Litem for Minor Plaintiff M.C.:

            i.     $500.00 (five hundred dollars) payable yearly on February 26, or as soon as possible thereafter, with the first payment beginning on February 26, 2023, or as soon as possible thereafter, and the last payment on February 26, 2026.

      b.     Payee: M███████ C████████:

            i.     $500.00 (five hundred dollars) payable yearly on February 26, or as soon as possible thereafter, with the first payment

beginning on February 26, 2027, or as soon as possible

thereafter, and the last payment on February 26, 2033.

c.    No additional withdrawals of principal or interest shall be made from the

blocked account without a written order under this case name and number,

signed by a judge, and bearing the seal of this court, until the Minor attains

the age of 25 years (█████████, 2034).

d.    Payee M█████ C█████ (M.C.):

    i.    When the Minor attains the age of 25 years, the depository,

without further order of this Court, is authorized and

directed to pay by check or draft directly to the former

minor, upon proper demand, all remaining moneys

including interest deposited under this order. The money on

deposit is not subject to escheat.

7.    No part of said **$14,273.00** (fourteen thousand five hundred ninety-eight dollars) may be paid to the **Petitioner**. **Petitioner** is authorized to settle this claim on behalf of her son and receive and negotiate funds on behalf of the minor.  No bond shall be required of **Petitioner**.  Receipt for purchase of annuity is to be filed with the Court within 60 days.

**<u>Authorization to Execute Settlement Documents:</u>**

8.    On receipt of the full amount of the settlement sum here approved, Petitioner is authorized and directed to execute and deliver to Defendant(s) a complete Settlement Agreement and Release (which shall provide for a "Qualified Assignment" in compliance with Section 130(c) of the Internal Revenue Code of 1986, as amended) and discharge of any and all

claims of M.C. arising from the facts set forth in the Petition, and a properly executed dismissal with prejudice.

**IT IS SO ORDERED.**


DATED: _____          _____

Honorable Judge Sallie Kim
United States Magistrate Judge